PER CURIAM.

(No. 74-CC-212—Claimant )

SUPERIOR AMBULANCE COMPANY, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF MENTAL HEALTH, Respondent.

*Opinion filed May 15, 1974.*

SUPERIOR AMBULANCE COMPANY, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 74-CC-226—Claimant )

CITY OF CHICAGO, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF MENTAL HEALTH, Respondent.

*Opinion filed May 15, 1974.*

CITY OF CHICAGO, Claimant, by Edward F. King, Assistant Commissioner of Health.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PER CURIAM.